UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CECILIO GARCIA,

                Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
00-CV- 4865 (FB)

      An Order of Honorable Frederic Block, United States District Judge, having been filed on August 7, 2007, denying the Commissioner's motion for an order remanding for further proceedings; granting plaintiff's motion for an order remanding solely for a calculation of benefits; and remanding the case to the Commissioner to calculate benefits as of January 21, 1996; it is

      ORDERED and ADJUDGED that the Commissioner's motion for an order remanding for further proceedings is denied; that plaintiff's motion for an order remanding solely for a calculation of benefits is granted; and that the case is remanded to the Commissioner to calculate benefits as of January 21, 1996.

Dated: Brooklyn, New York
       August 07, 2007

/signed/
_____
ROBERT C. HEINEMANN
Clerk of Court